**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

CITY OF ANN ARBOR RETIREE HEALTH CARE BENEFIT PLAN & TRUST, Individually and on behalf of all others similarly situated,

Plaintiff,

- v. -

ZOETIS INC., KRISTIN PECK, and WETTENY JOSEPH,

Defendants.

Case No. 1:26-cv-04401 (JGK)

**RULE 7.1 STATEMENT OF DEFENDANT ZOETIS INC.**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Zoetis Inc., by and through its undersigned counsel, hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: June 18, 2026
New York, New York

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: *<u>/s/ Audra J. Soloway</u>*

Audra J. Soloway
Daniel S. Sinnreich
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
asoloway@paulweiss.com
dsinnreich@paulweiss.com

*Attorneys for Defendants*