**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF ANN ARBOR RETIREE HEALTH CARE BENEFIT PLAN & TRUST, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS INC., KRISTIN PECK, and WETTENY JOSEPH,<br><br>Defendants. | Civil Action No. 1:26-cv-04401-JGK<br><br>Judge John G. Koeltl<br><br>CLASS ACTION |

**THE INSTITUTIONAL INVESTORS' NOTICE OF UNOPPOSED MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF COUNSEL**

Application granted. So ordered. The Clerk of Court is respectfully requested to close ECF Nos. 14, 17, 19, 23, 26, and 31.

**/s/ John G. Koeltl, U.S.D.J.**
**August 24, 2026**

Proposed Lead Plaintiff the Institutional Investors[1] respectfully submit this notice with respect to the motions for appointment as Lead Plaintiff and approval of Lead Counsel filed in the above-captioned securities class action.

On July 27, 2026, the Institutional Investors filed a timely motion for appointment as Lead Plaintiff and approval of their selection of Lead Counsel (the "Motion"). *See* ECF No. 23. In addition to the Institutional Investors, five other investors filed for Lead Plaintiff appointment on July 27, 2026: Gary D. Hix (*See* ECF No. 14); Bruce E. Hudson (*See* ECF No. 17); Raymond Chong (*See* ECF No. 19); Andrew Nalliah and Peter Alessandro (*See* ECF No. 26); and MercLan N.V. (MercLan –Defensive Portfolio, MercLan–Growth Portfolio, MercLan–Diversified Global Equity), MercLan Institutional Fund (MercLan Institutional Equity Fund DBI-RDT), and Kempen International Funds (Kempen International Funds–MercLan Global Equity, Kempen International Funds –MercLan Patrimonium, Kempen International Funds – Opportunities Bond Fund) (collectively, the "MercLan/Kempen Funds") (*See* ECF No. 31).

In recognition that the Institutional Investors have the largest financial interest of any movant and satisfy the typicality and adequacy requirements of Rule 23, all other movants have subsequently withdrawn their motion or filed a notice of non-opposition to the competing motions. *See* ECF Nos. 36, 37, 39, 40, 41. Accordingly, the Institutional Investors' Motion is unopposed.

Because there is no opposition to the Institutional Investors' Motion and, as demonstrated in their Motion and supporting briefs, the Institutional Investors meet all the PSLRA's lead plaintiff requirements, the Institutional Investors respectfully request that the Court appoint them as Lead Plaintiff and approve their selection of Labaton as Lead Counsel.

---

[1] All definitions and abbreviations used herein remain unchanged from the Institutional Investors' initial moving brief, unless otherwise indicated. *See* ECF No. 24.

DATED: August 17, 2026

Respectfully submitted,

*/s/ Francis P. McConville*

**LABATON KELLER SUCHAROW LLP**
Francis P. McConville
Connor C. Boehme
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
fmcconville@labaton.com
cboehme@labaton.com

Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class