AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

CITY OF ANN ARBOR RETIREE HEALTH CARE BENEFIT PLAN & TRUST, Individually and on Behalf of All Others Similarly Situated,

*Plaintiff*

v.

ZOETIS INC., KRISTIN PECK, WETTENY JOSEPH, AND JAMIE BRANNAN

*Defendant*

Case No. 1:26-cv-04401-JGK

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
MercLan N.V. (MercLan – Defensive Portfolio, MercLan – Growth Portfolio, MercLan – Diversified Global Equity), MercLan Institutional Fund (MercLan Institutional Equity Fund DBI-RDT), Kempen International Funds (Kempen International Funds – MercLan Global Equity and Kempen International Funds – MercLan Patrimonium).

Date: 10/27/2026

/s/ Marc J. Greco
*Attorney's signature*

Marc J. Greco (Bar No. 5706221)
*Printed name and bar number*

Scott+Scott Attorneys at Law LLP
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169
*Address*

mgreco@scott-scott.com
*E-mail address*

(212) 223-6444
*Telephone number*

(212) 223-6334
*FAX number*