**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF ANN ARBOR RETIREE HEALTH CARE BENEFIT PLAN & TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS INC., KRISTIN PECK, WETTENY JOSEPH, AND JAMIE BRANNAN,<br><br>Defendants. | Civil Action No. 1:26-cv-04401-JGK<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ROXANA M. PIERCE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Roxana M. Pierce, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Additional Plaintiffs MercLan N.V. (MercLan – Defensive Portfolio, MercLan – Growth Portfolio, MercLan – Diversified Global Equity), MercLan Institutional Fund (MercLan Institutional Equity Fund DBI-RDT), and Kempen International Funds (Kempen International Funds – MercLan Global Equity and Kempen International Funds – MercLan Patrimonium) in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

DATED: October 28, 2026

Respectfully Submitted,

*/s/ Roxana M. Pierce*

Roxana M. Pierce
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Ave, 24th Floor
New York, NY 10169

Telephone: (212) 223-6444
Facsimile: (212) 223-6334
rpierce@scott-scott.com