**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF ANN ARBOR RETIREE HEALTH CARE BENEFIT PLAN & TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS INC., KRISTIN PECK, WETTENY JOSEPH, AND JAMIE BRANNAN,<br><br>Defendants. | Civil Action No. 1:26-cv-04401-JGK<br><br>**AFFIDAVIT FOR ADMISSION *PRO HAC VICE* OF ROXANA M. PIERCE** |

I, Roxana M. Pierce, respectfully make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Additional Plaintiffs MercLan N.V. (MercLan – Defensive Portfolio, MercLan – Growth Portfolio, MercLan – Diversified Global Equity), MercLan Institutional Fund (MercLan Institutional Equity Fund DBI-RDT), and Kempen International Funds (Kempen International Funds – MercLan Global Equity and Kempen International Funds – MercLan Patrimonium) in the above-captioned matter pursuant to Local Rule 1.3.

I, Roxana M. Pierce, being duly sworn, do hereby depose and say as follows:

1. I am an attorney of the law firm Scott+Scott Attorneys at Law LLP.
2. My business address is The Helmsley Building, 230 Park Ave, 24th Floor, New York, NY 10169
3. I am a member in good standing of the bar of the District of Columbia.
4. My bar identification number in the District of Columbia is 485282.
5. A current certificate of good standing from the District of Columbia is attached to this Affidavit as Exhibit A.
6. I have never been convicted of a felony.

7. I have never been censured, suspended, disbarred or denied admission or readmission by any court.

8. There are no disciplinary proceedings presently against me.

9. Based upon the foregoing, I respectfully request that I be granted admission *pro hac vice* in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

DATED: October 28, 2026

Respectfully Submitted,

/s/ Roxana Pierce

Roxana M. Pierce
SCOTT+SCOTT ATTORNEYS AT LAW LLP
The Helmsley Building
230 Park Ave, 24th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
rpierce@scott-scott.com

DIANA MILENA ROMERO-GRINNAGE
NOTARY PUBLIC
REG. #8015040
MY COMMISSION EXPIRES JULY 31, 2030
COMMONWEALTH OF VIRGINIA

STATE OF Virginia
COUNTY OF Loudoun
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 28 DAY OF October, 2026.
BY Diana Milena Romero-Grinnage

NOTARY PUBLIC