**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITY OF ANN ARBOR RETIREE HEALTH CARE BENEFIT PLAN & TRUST, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOETIS INC., KRISTIN PECK, WETTENY JOSEPH, AND JAMIE BRANNAN,<br><br>Defendants. | Civil Action No. 1:26-cv-04401-JGK<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

The motion of Roxana M. Pierce for admission to practice *pro hac vice* in the above-captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia, and that her contact information is as follows:

Applicant's Name: Roxana M. Pierce

Firm Name: Scott+Scott Attorneys at Law LLP

Address: The Helmsley Building, 230 Park Ave, 24th Floor

City / State / Zip: New York, NY 10169

Telephone / Fax: (212) 223-6444 / (212) 223-6334

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Additional Plaintiffs MercLan N.V. (MercLan – Defensive Portfolio, MercLan – Growth Portfolio, MercLan – Diversified Global Equity), MercLan Institutional Fund (MercLan Institutional Equity Fund DBI-RDT), and Kempen International Funds (Kempen International Funds – MercLan Global Equity and Kempen International Funds – MercLan Patrimonium) in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: __________________

Hon. John G. Koeltl
United States District Judge